Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and following Abstracts 47083 and 47500 the harmonicas and mouth organs in question were held dutiable at 40 percent under paragraph 1541 as claimed.

**No. 47812.**—Protests 53417–K, etc., of Strauss-Eckardt Co., Inc.   (Galveston).

Opinion by OLIVER, P. J.   When this case was called for rehearing it was agreed that the correct invoice descriptions of the items in question are "Cotton table cloths and napkin sets, cotton table cloths, set table cloth and napkins, printed cotton crepe luncheon sets, cotton crepe table cloth and napkin set."   In accordance therewith the claim at 30 percent under paragraph 911 (b) was sustained.

**No. 47813.**—Protests 976346–G, etc., of Chinese Arts & Crafts, Inc. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the articles in question are similar to those the subject of *Cathay Crafts Corp.* v. *United States* (6 Cust. Ct. 87, C. D. 434) the claim at 40 percent under paragraph 214 was sustained.

**No. 47814.**—Protests 928160–G, etc., of International Clearing House of N. Y. et al. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 44140 the atomizers in question were held dutiable at 60 percent under paragraph 218 (f) as claimed.

**No. 47815.**—Protest 953844–G of Newland, Schneeloch & Piek, Inc. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 44140 the atomizers in question were held dutiable at 60 percent under paragraph 218 (f) as claimed.

**No. 47816.**—Protest 999077–G of Frankel Importing Co. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the articles in question are in imitation of precious or semiprecious stones composed wholly or in chief value of glass, similar in all material respects to the merchandise covered by Abstract 47109, and in view of the further stipulation that they are not composed in any part of synthetic resin or ivory, that they do not imitate pearls, and are not imitation pearl beads, the merchandise was held dutiable at 25 percent under paragraph 1503 by virtue of T. D. '49458, as claimed.

**No. 47817.**—Protest 1099–K of Hollander Bead & Novelty Corp. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the articles in question are in imitation of precious or semiprecious stones composed wholly or in chief value of glass, similar in all material respects to the merchandise covered by Abstract 47109, and in view of the further stipulation that they are not composed in any part of synthetic resin or ivory, that they do not imitate pearls, and are not imitation pearl beads, the merchandise was held dutiable at 25 percent under paragraph 1503 by virtue of T. D. 49458, as claimed.

**No. 47818.**—Protests 998684–G, etc., of Frankel Importing Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the articles in question are in imitation of precious or semiprecious stones composed wholly or in chief value of glass, similar in all material respects to the merchandise covered by Abstract 47109, and in view of the further stipulation that they are not composed in any part of synthetic resin or ivory, that they do not imitate pearls, and are not imitation pearl beads, the merchandise was held dutiable at 25 percent under paragraph 1503 by virtue of T. D. 49458, as claimed.

**No. 47819.**—Protests 8669–K, etc., of Anco Import Corp. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the articles in question are in imitation of precious or semiprecious stones composed wholly or in chief value of glass, similar in all material respects to the merchandise covered by Abstract 47109, and in view of the further stipulation that they are not composed in any part of synthetic resin or ivory, that they do not imitate pearls, and are not imitation pearl beads, the merchandise was held dutiable at 25 percent under paragraph 1503 by virtue of T. D. 49458, as claimed.

**No. 47820.**—Protests 995161–G, etc., of Hollander Bead & Novelty Corp. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the articles in question are in imitation of precious or semiprecious stones composed wholly or in chief value of glass, similar in all material respects to the merchandise covered by Abstract 47109, and in view of the further stipulation that they are not composed in any part of synthetic resin or ivory, that they do not imitate pearls, and are not imitation pearl beads, the merchandise was held dutiable at 25 percent under paragraph 1503 by virtue of T. D. 49458, as claimed.

**No. 47821.**—Protests 978300–G, etc., of Hollander Bead & Novelty Corp. (New York).